756 A.2d 670

**Branes N. SOUTHARD and Deborah Southard, Husband and Wife, Respondents,**

**v.**

**TEMPLE UNIVERSITY HOSPITAL, David H. Clements, III, M.D., and William F. Young, M.D., Petitioners.**

**(Petition of David H. Clements, III, M.D., and William F. Young, M.D.).**

Supreme Court of Pennsylvania.

July 26, 2000.

### ORDER

PER CURIAM:

AND NOW, this 26th day of July, 2000, allowance of appeal is GRANTED, limited to the first issue presented in the above-captioned Petition for Allowance of Appeal.

Furthermore, Petitioners' Motion for Leave to Submit Memorandum of Supplemental Authorities is DENIED.